# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMARCUS FENNELL, *et al.* | : CIVIL ACTION |
| v. | : NO. 19-669 |
| JAMES C. KOSTURA, *et al.* | : |

# ORDER

**AND NOW**, this 25th day of June 2019, upon considering the Motion to dismiss (ECF Doc. No. 25) from Defendants Northampton County Prison, Director of Corrections James K. Kostura, Deputy Warden Janel Giudi, Captain David Collins, Lieutenant Ashley Warning, Lieutenant Luis Cruz, Lieutenant Chad Rinker, Lieutenant Michael Chlebowski, Lieutenant Justin Hoffman, Lieutenant Rachel Henninger, Correctional Officer Charles Baker and Correctional Officer Luis Santiago, absent a response, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF Doc. No. 25) is **GRANTED** and all claims against Northampton County Prison are dismissed **with prejudice** as it is not a person under the civil rights law but all other claims are dismissed **without prejudice** to Plaintiff filing an amended Complaint consistent with the accompanying Memorandum and Fed. R. Civ. P. 11 no later than **July 26, 2019**.

_____
**KEARNEY, J.**